**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CAMI JO TICE-HAROUFF,<br><br>*Plaintiff*<br><br>v.<br><br>CAROLE JOHNSON, *et al.*,<br><br>*Defendants*. | Case No. 6:22-cv-00201-JDK |

## ORDER

Before the Court is the Plaintiff's Motion for Temporary Restraining Order, and Motion for Preliminary Injunction. ECF No. 4. Having considered Plaintiff's Motion and Defendants' Response in Opposition, the Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**