**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CAMI JO TICE-HAROUFF, | |
| *Plaintiff* | |
| v. | Case No. 6:22-cv-00201-JDK |
| CAROLE JOHNSON, *et al.*, | |
| *Defendants.* | |

**JOINT MOTION FOR ENTRY OF**
**STIPULATION AND FINAL ORDER AND SETTLEMENT OF CLAIMS**

Plaintiff, Cami Jo Tice-Harouff, and Defendants Carole Johnson, Health Resources and

Services Administration of the United States Department of Health and Human Services, Xavier

Becerra, and the United States Department of Health and Human services (collectively,

"Defendants"), by and through their counsel, respectfully move this Court to enter the

accompanying proposed Stipulation and Final Order and Settlement of Claims ("Stipulated Order").

Entry of the Stipulated Order will end all current litigation between Plaintiff and Defendants except

with respect to possible proceedings concerning a motion from Plaintiff for costs and expenses,

including attorneys' fees.  A copy of the proposed order is attached as Exhibit 1.

Respectfully Submitted,


/s/ Matthew S. Bowman
MATTHEW S. BOWMAN*
DC Bar No. 993261
RYAN L. BANGERT
TX Bar No. 24045446
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
mbowman@ADFlegal.org
rbangert@ADFlegal.org
*Lead Attorney

*Counsel for Plaintiff Cami Jo Tice-Harouff*

/s/ James Gillingham
BRIT FEATHERSTON
United States Attorney
JAMES GILLINGHAM
ADRIAN GARCIA
Assistant U.S. Attorneys
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
Phone: (903) 590-1400
Fax: (903) 590-1436
Texas State Bar # 24065295

*Counsel for Defendants*


## CERTIFICATE OF CONFERENCE

I certify that on December 5, 2022, I filed this Joint Motion for Entry of Stipulation and Final Order and Settlement of Claims through the Electronic Case Filing system and attest that I obtained concurrence in the filing of this document from Matt Bowman, counsel for Plaintiff.

/s/ Adrian Garcia
ADRIAN GARCIA