# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CAMI JO TICE-HAROUFF, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:22-cv-201-JDK |
| § | |
| CAROLE JOHNSON, et al., § | |
| § | |
| Defendants. § | |
| § | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

All pending claims in this case are resolved pursuant to the Stipulation and Final Order and Settlement of Claims. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **6th** day of **December, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE