IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CAMI JO TICE-HAROUFF, *Plaintiff* v. CAROLE JOHNSON, *et al.*, *Defendants*. | Case No. 6:22-cv-00201-JDK |

### JOINT MOTION TO REVISE BRIEFING SCHEDULE

On January 20, 2023, Plaintiff filed a Motion for Award of Costs and Attorneys' Fees and Expenses (the "Fees Motion"), Dkt. 40., within the deadline that the Court had set previously for that motion, Dkt. 38. On February 1, granting Defendants' unopposed motion, Dkt. 41, this Court issued an Order extending the deadline for the Defendants to respond to the Fees Motion to February 17, 2023, Dkt. 42.

Counsel for the Defendants have not had the opportunity to discuss certain aspects of a proposed response to the Fees Motion with decisionmakers within the Department of the Health and Human Services and the Health Resources and Services Administration. To allow time for such discussions, counsel for the Defendants conferred with counsel for the Plaintiffs with an eye to extending the deadline for filing a response. Counsel for Plaintiff was amenable to such an extension but noted that he had pre-existing foreign travel plans in late-February and early March. Together the parties hereby move the Court to set the following schedule for the response of the Defendants and the reply of the Plaintiff:

- The Defendants shall file their response to the Fees Motion no later than February 24, 2023.

- The Plaintiff shall file her reply in support of the Fees Motion no later than March 17, 2023.

A final judgment has been entered in this case, Dkt. 39, and there are no other outstanding deadlines.  As a result, the proposed deadlines will not affect any other aspect of this case.

Respectfully submitted on this 14th day of February, 2023.

| | |
|---|---|
| /s/ *James Gillingham* | /s/ Matthew S. Bowman |
| JAMES GILLINGHAM | MATTHEW S. BOWMAN* |
| Assistant U.S. Attorney | DC Bar No. 993261 |
| Eastern District of Texas | RYAN L. BANGERT |
| 110 N. College Street; Suite 700 | TX Bar No. 24045446 |
| Tyler, Texas 75702 | ALLIANCE DEFENDING FREEDOM |
| E-mail: James.Gillingham@usdoj.gov | 440 First Street NW, Suite 600 |
| Phone: (903) 590-1400 | Washington, DC 20001 |
| Fax: (903) 590-1436 | Telephone: (202) 393-8690 |
| Texas State Bar # 24065295 | Facsimile: (202) 347-3622 |
| | mbowman@ADFlegal.org |
| | rbangert@ADFlegal.org |
| | *Lead Attorney |
| | |
| | JULIE MARIE BLAKE |
| | VA Bar No. 97891 |
| | ALLIANCE DEFENDING FREEDOM |
| | 44180 Riverside Parkway |
| | Lansdowne, VA 20176 |
| | Telephone: (571) 707-4655 |
| | Facsimile: (571) 707-4656 |
| | jblake@ADFlegal.org |
| | |
| | *Counsel for Plaintiff Cami Jo Tice-Harouff* |