## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| CAMI JO TICE-HAROUFF, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:22-cv-201-JDK |
| CAROLE JOHNSON, et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is a motion of the parties to revise the briefing schedule on Plaintiff Cami Jo Tice-Harouff's pending motion for attorneys' fees.  Docket No. 45. The Court **GRANTS** the motion and **ORDERS** the following briefing schedule for the fees motion:

- Defendants shall file their response to the fees motion no later than March 27, 2023.

- Plaintiff shall file her reply in support of the fees motion no later than April 17, 2023.

So **ORDERED** and **SIGNED** this **24th** day of **February, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE